HEYWARD v. THE STATE.

This case is controlled by the case of *Blois* v. *The State*, decided at this term.                                              *Judgment reversed.*
May 2, 1893.